ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2006 SEP 19 AM 9:30
CLERK _BMcCarthy_
SO. DIST. OF GA

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| RANDY KIGHT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 305-82 |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed.[1] Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. This case is **REMANDED** to the Commissioner of Social Security under sentence four of Title 42, United States Code, Section 405(g) for further consideration in accordance with the Court's opinion.

SO ORDERED this 19th day of September, 2006, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE

---

[1] In her objections, the Commissioner contends that the Administrative Law Judge ("ALJ") was not required to develop the administrative record with respect to the effects of plaintiff's medications because he was not put on notice of those effects. The Court finds the repeated references in plaintiff's disability application to the effects of his medications on his ability to work sufficient to put the ALJ on notice.